379 A.2d 618

Commonwealth v. Williams, Appellant.

Submitted June 13, 1977. Robert B. Mozenter, for appellant; Michael R. Stiles, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Judgment of sentence vacated. Pursuant to our recent holding in *Commonwealth v. Brown*, 248 Pa.Superior Ct. 289, 375 A.2d 102 (1977), we remand for the filing of post-verdict motions *nunc pro tunc.*

PRICE, J., dissents.